1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F. DONOHUE, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>AMERICAN FIBER & FINISHING, INC.,<br><br>          Defendant. | **CASE NO.:  SACV09-00115 DOC (RZx)**<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

Plaintiff CHARLES F. DONOHUE ("Plaintiff") and defendant AMERICAN FIBER & FINISHING, INC. ("Defendant") having stipulated to the entry of judgment on the terms, and subject to the conditions, stated in that certain "STIPULATION FOR ENTRY OF JUDGMENT; [Proposed] ORDER THEREON" entered concurrently herewith; the Court having previously reviewed and approved said Stipulation and entered its Order thereon; the conditions required for the entry of Judgment set forth in said Stipulation now existing, and good cause appearing therefor; **IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** as follows:

1) Based upon the stipulated facts, and the legal consequences thereof, Judgment shall be, and hereby is, entered in favor of defendant AMERICAN FIBER & FINISHING, INC. ("Defendant") and against plaintiff CHARLES F. DONOHUE ("Plaintiff") in the above-captioned action, and Plaintiff shall take nothing by his Complaint;

2) This Judgment shall be expressly ***without prejudice*** to the right of either party to appeal any interlocutory or other order of this Court, specifically including, without limitation, this Court's "Order Granting in Part and Denying in Part Motion for Summary Judgment" ("Summary Judgment Order") and/or this Court's Order denying Plaintiff's Motion for Remand to State Court.  Any appeal from the Judgment to be entered pursuant hereto shall be treated as if such Judgment had been entered by the Court following a full trial of the issues remaining after the entry of its Summary Judgment Order on or about May 12, 2010. All rules and statutes otherwise applicable to the appeal of a Judgment of this Court shall apply.

**IT IS SO ORDERED.**

Dated: <u>June 22, 2010</u>

_David O. Carter_

_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE

(Continued)

Approved as to form:

**LAW OFFICES OF GEORGE L. BAUGH**

_____
George L. Baugh
Attorney for Plaintiff
CHARLES F. DONOHUE

**BROWN GITT LAW GROUP LLP**

_____
Cynthia E. Gitt
Attorneys for Defendant
AMERICAN FIBER & FINISHING, INC.

- 3 -
**JUDGMENT**